UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RALPH CAFARO,

        Plaintiff,

vs.                                         Case No. 8:10-cv-01835-T-27MAP

ROBERT WARD, et al.,

        Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant's motion for leave to appeal *in forma pauperis* (Dkt. 6) be denied (Dkt. 7). Plaintiff has not filed an objection to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Report and Recommendation (Dkt. 7) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review. Accordingly, it is ORDERED that

1) Plaintiff's motion for leave to appeal *in forma pauperis* (Dkt. 6) is DENIED.

2) The Clerk is directed to ADMINISTRATIVELY CLOSE this case pending the disposition of Plaintiff's appeal.

**DONE AND ORDERED** this 25th day of October, 2010.

                                                            JAMES D. WHITTEMORE
                                                            United States District Judge

Copies to:
Counsel of record