UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RALPH CAFARO,

        **Plaintiff,**

vs.                                  Case No. 8:10-cv-01835-T-27MAP

**ROBERT WARD, et al.,**

        **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Magistrate's Order (Dkt. 3) which denied Plaintiff's construed motion for leave to proceed *in forma pauperis* without prejudice (Dkt. 2). Plaintiff appealed the Magistrate's order to the United States Court of Appeals for the Eleventh Circuit (Dkt. 5). That appeal was dismissed for lack of jurisdiction (Dkt. 9).

Plaintiff has not filed timely objections to the Magistrate's order (Dkt. 3), before his appeal or after its dismissal. The Court has reviewed the Magistrate's order and has made an independent examination of the file. Upon consideration, it is ORDERED that

(1)    The Magistrate's order (Dkt. 3) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(2)    Plaintiff's construed motion for leave to proceed *in forma pauperis* (Dkt. 2) is DENIED without prejudice.

(3)    Plaintiff's Complaint (Dkt. 1) is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff is granted leave to file an amended complaint which complies with the Magistrate's order by **January 19, 2010.** Failure to file a

timely amended complaint will result in the dismissal of this cause for lack of prosecution under Local Rule 3.10, **without further notice.**

(4)   The clerk is directed to reinstate this action as an active case.

**DONE AND ORDERED** this 20th day of December, 2010.

*[signature]*
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Unrepresented parties